**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

AGUSTIN MEJIA,

                      Debtors.
-------------------------------------------------------------------X
 KENNETH ROSELLINI,

                   Appellant,               25 **CIVIL** 3402 (CS)

     -against-                            **<u>JUDGMENT</u>**

 THOMAS C. FROST,

                   Appellee.
-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 17, 2026, the Bankruptcy Court's February

19, 2025 and March 4, 2025 Orders are affirmed, as is its April 4, 2025 Order denying

reconsideration of these Orders; accordingly, the case is closed.

**Dated:** New York, New York
      March 17, 2026

                             **TAMMI M. HELLWIG**

                                **Clerk of Court**

              **BY:**

                             **Deputy Clerk**